Pro-se/indigent/ID code 31-3220

Amanda C. Rodriguez

19509 Highway 95

Wilder, Idaho 83676

U.S. COURTS

MAR 2 6 2012

Rcvd___ST___Filed_____Time 4:30
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

AMANDA RODRIGUEZ,

    PETITIONER,

CASE NO. 12 - 153 - CV    REB

COMPLAINT:

V.S.

CANYON COUNTY, CANYON COUNTY SHERRIFFS,

CANYON COUNTY JAIL,

    DEFENDANT.

    COMES NOW PETITIONER AND PETITIONS THIS COURT FOR WRIT OF HABEAS CORPUS BASED ON THE FOLLOWING:

1.    The complaint in this case is worded in manner that is vague and overbreadth. The complaint in this case violates the Defendant's compulsory process rights because it fails to alledge an "act" that would constitute the alledged crime which violates his compulsory process rights. Also, the vaugness and overbredth wording violates his right to know the charges A defendant has the right to be informed of the nature and cause of the accusation against her. Therefore, an indictment must allege all the ingredients of the crime to such a degree of precision that it would allow the accused to assert double jeopardy if the same charges are brought up in

subsequent prosecution.[8] The Supreme Court held in United States v. Carll, 105 U.S. 611 (1881) that " it is not sufficient to set forth the offense in the words of the statute, unless those words of themselves fully, directly, and expressly, without any uncertainty or ambiguity, set forth all the elements necessary to constitute the offense intended to be punished." Vague wording, even if taken directly from a statute, does not suffice.

2. The Defendant's Discovery and Due Process Rights have been trampled in violation of the 5th and 14th Amendments of the U.S. Constitution; The Plaintiff, and the police are withholding Exculpatory evidence that should have been included in the states case in chief, but the plaintiff illegally withheld it to unethically shift the burden of proof to make it more difficult for the defense to present an affirmative defense.

4. The defendant has been subjected to cruel unusual punishment in violation of the 8th Amendment US Constitution because of the way she was treated during arrest and because of jail conditions, at Canyon County Jail pursuant federal case

Case Number: US Dist. Court of idaho    1:2009cv00007

In which the officials admitted to allegations of cruel unusual punishment.

5. 2. Petitioner's Religious beliefs are being violated because he is forced to wear a wristband with a barcode on his right hand; the barcodes and RFID barcoded chips are the Mark of the Beast pursuant to the Bible

Revelation 13:16 And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads:

Revelation 13:17 And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name.

Revelation 13:18 Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six. (666)

Electronic ID, microchipping, the mark of the beast101010101010101101010101010110101010101010101010101010101010101011010101010
1010101011010101010101010101010101101010NISHISOMCUVOLESESEPINCHEDREAMER
PRIVETNIHAOMOXIGEREN10101001010101davistrchi101010tlazochamati00101010101110
101temoa00101011110101001tetocaya10101010101010101011010101001010lollollollol101010
1010101011010101010101010101101010101010100110100110101010100000001111111
0000001010000000010000000011111111101010101010101101010101010101010

4. Canyon County Jail and other Idaho jails are trying to experiment on illegal aliens and on me and other prisoners with implants and a new form of Ritalin and other drugs that is 10x stronger, as a part of illegal experimentation by Corrections Corporations of America in conjunction with several Pharmicutical companies. I am submitting Exhibit B which contain classified CIA and documents and continuinations of operation blackbird, bluebird, Mongoose II, project monarch, Artichoke, MK ultra, and operation paperclip. See the following federal cases

CIA VS SIMS UNITED STATES VS STANLEY

ORLIKOW, ET AL VS UNITED STATES KRONISCH VS UNITED STATES ET AL HEINRICH, ET AL VS SWEET, ET AL

This branch of parapsychology presumes the existence of psychic abilities and searches for new applications, such as warfare and crimes. The agency was searching for weapons that would give America the advantage in situations involving psychological warfare.

Read more at Suite101: MKULTRA, CIA Research Involved Psychic Abilities: Mind Control by DrugInduced Altered State of Consciousness Research | Suite101.com
http://www.suite101.com/content/mkultra-cia-research-involved-psychic-abilities-a218588#ixzz1LHBDvNdF Experiments on Children

Fernald School-Young male children who were institutionalized at the Fernald School in Massachusetts were fed radioactive cereal in the 1940s and 1950s.

The parents as well as the children were simply told they were being fed a diet rich in iron. According to oral testimony given before the President's Advisory Committee on Human Radiation, they were told they belonged to the Science Club to make them feel special and then taken to the MIT Faculty Club where it was easier to control them. One researcher said, "It would be nice to do something for them because these kids have been involved, we've had to jab them [with needles], and they had to eat a meal-every little drop of it, because you wanted to be sure they got 100 percent of the radioactivity-wouldn't it be nice to do something for them?"

Willowbrook State School-Dr. Saul Krugman of New York University conducted studies of hepatitis during the 1950s and 1960s on the severely mentally retarded .

He systematically infected newly arrived children between the ages of three and eleven with strains of the virus obtained from the feces of Willowbrook hepatitis patients. This was done to

study the natural history, effects, and progression of the disease. Franz Inglefinger, who later became the editor of the New England Journal of Medicine said, "By being allowed to participate in a carefully supervised study and by receiving the most expert attention available for a disease of basically unknown nature, the patients themselves benefited . . . How much better to have a patient with hepatitis accidentally or deliberately acquired under the guidance of a Krugman, than under the care of a rights-minded zealot."

Nasal Radium Irradiation - 1948-54

Another CIA Document from 1951 says "Our work and the work of others indicate that there is a strong possibility that total amnesia or an almost total amnesia will follow the use of our technique as a general rule."

Many of the experiments performed on me were done to heighten and use ESP, Remote Viewing, and the energy of the mind. The alters created within me for use by our government were of several different types. One was trained to use the " RED FIRE." The Red Fire was the energy I stored away during trauma, the hatred and fear that accumulated over the years each time I was assaulted, experimented on etc. I was taught how to access this energy and use it to psychically kill. If you think this psychic killing sounds far fetched you may be interested to know that back in the Sixties, the Soviet Union began to pour money and resources into the study of ESP and psychokinesis, phenomena collectively termed "psi" by researchers in the field. Much of this psi research came under the control of the Soviet military and KGB. They also screened Red Army recruits for psychic abilities, and pumped talented subjects full of dangerous drugs to promote psi-conducive altered states. Subjects in psychokinesis or "remote-influencing" experiments tried to stop the hearts of small animals, or concentrated on foreign political leaders, beaming at them "negative psi particles."

Soviet and Czech scientists were said to be working on electromagnetic devices that would cause strokes or heart attacks, and it was even rumored that they had perfected a "psychotronic generator", which could scramble people's minds at great distances.

An unclassified 1972 Defense Intelligence Agency report expressed concerns that :

"Soviet efforts in the field of psi research, sooner or later, might enable them to do some of the following,"

(a) Know the contents of top secret US documents, the movements of our troops and ships and the location and nature of our military installations

(b) Mould the thoughts of key US military and civilian leaders at a distance

(c) Cause the instant death of any US official at a distance

(d) Disable, at a distance, US military equipment of all types, including spacecraft."

All I can say is that we may not have all the declassified documents on what the U.S was working on, but we can be sure they were doing tit for tat what their Russian counterparts were, only a lot of it was being done on small children.

On January 28, 2003, amid the furor of the impending war with Iraq the British press briefly reported on Operation Ore, the most thorough and comprehensive police investigation of crimes against children before being squashed by the Blair government. Besides implicating Rock guitarist Peter Townsend of the Who, the report claimed that senior members of Tony Blair's government were being investigated for pedophilia and the "enjoyment" of child-sex pornography. With the investigation reaching to senior members of his Government, Blair declared a news blackout on the story. Moreover, the British report was not the first such case reported. In fact, it followed on the heels of a report from Portugal. On November 27, 2002, the press reported a scandal of pedophile ring run from a state orphanage. The Guardian reported that the scandal threatened to engulf diplomats, media personalities and senior politicians. Photographs of senior government officials with young boys from Lisbon's Casa Pia orphanage were among the evidence. More shocking however, were the revelations that systematic sexual abuse of children at the home had allegedly been going on for more than 20 years and had been known to police and other authorities for most of that time.

On January 14, 2002, Insight Magazine reported the charges leveled by Ben Johnson against his employer Dyncorp, a major defense contractor. Johnson charged that officials and employees of Dyncorp were engaging in perverse, illegal and inhumane behavior and were purchasing illegal weapons, women, forged passports and participating in other immoral acts. Johnson had witnessed his supervisors and fellow employees buying 12- to 15-year-olds as sex slaves. While prostitution is the world's oldest profession, the global sex trade is big business. The impact of illegal immigrant traffic in Canada is estimated at between $120 million to $400 million per year accounting for approximately 8,000 to 16,000 people arriving in Canada per year illegally. The estimate is from Organized Crime Impact Study, prepared for the Solicitor General of Canada. The majority of the illegal immigrants are forced into prostitution and come from Vietnam and China. Once smuggled into Canada the young girls are sold into bondage throughout a North America network. Moreover, Canada is not alone. Young Russians and Ukrainian women that wish to immigrate to Israel are often smuggled into the country destitute and at the mercy of their pimp. More disgusting is the role the United States government plays in facilitating this global sex trade. Instead of banning the previously mentioned Dyncorp from further defense contracts, the regime of George W Bush rewards it in granting major contracts for the Iraqi war. Even more shameful is the wink and nod the state department grants the Saudis. The Arabian Peninsula has long been known to be purchasers of slaves. Mostly the slaves came from India or Africa however, with the advent of the oil wealth the Saudis have became more selective and are known

as high-end buyers. The Saudi Arabian Government continues to refuse to sign the United Nation's treaty on slavery and extradition treaties. There have been several incidents in the past where the media has reported a slave of a Saudi prince brought into the United States escaped. The State Department then intervenes and returns the escaped slave to the Saudi prince and the incident forgotten. The State Department exempts the Saudi princes from normal custom procedures. A child slave bought by a Saudi prince can be delivered to his plane and allowed to depart without the required passport for the child. One fortunate victim that became entangled in the Mid East sex ring was the former Miss USA Shannon Marketic. She had been lured to Brunei by what she believed was legitimate modeling work. Being a high profile case she was returned to the United States and filed suit. The former Miss USA lost her lawsuit as the State department granted immunity to her abductors.

Many of the pictures of the young children peering out from posters and milk cartons that have disappeared in the United States have fallen victim to this global sex trade. They indeed may have been lucky for there is a much more sinister side to child molestation. In fact, it is undoubtedly the most macabre and hideous aspect to evolve out of the United States use of Nazi scientists, the CIA's Project MK-ULTRA. This grotesque project of ghastly experiments in mind control evolved out of earlier CIA projects in search for a truth serum. The roots for such a project date back to the wartime OSS search for a truth serum. During the war, the OSS began a search for a truth serum to use on captured U-boat prisoners. The experiments were limited and the only drug they found to produce desirable results was cannabis. According to author Anthony Cave Brown in the Last Hero, the experiments were limited to testing on one person. Additionally Dr. George Estabrooks of Colgate University carried out experiments paralleling the Nazis brain washing methods by drugs and hypnosis. Estabrooks connections with the army, CID, FBI and other agencies are still shrouded in secrecy. However, it seems that the doctor could not help but talk about his experiments occasionally and what is know of

his work comes from his loose tongue. During the war, the allies had captured documents in the Nazis experiments on inmates of Dachau with mescaline and other psychedelics in a search for a truth serum. The doctor in charge of the Dachau experiments was Dr. Hubertus Strughold. Strughold was also involved in barbaric high altitude experiments on inmates of Dachau. Strughold was brought to the United States under the Project Paperclip and became America's father of space medicine. His use of mind-altering drugs on inmates provided the foundation for the CIA's research into truth serums and mind control. The United States first foray into truth serums started in 1947 as Project CHATTER initiated by the navy. The project was terminated in 1953. In 1949, at the Edgewood Arsenal the CIA began project Bluebird using Nazi scientists to find a truth serum. Project Bluebird evolved into Project Artichoke and eventually into MK-Ultra. MK-UTRA was much larger in focusing on mind control and the means to achieve it was not limited to drugs and psychedelics. MK-ULTRA experiments including using hypnosis, lobotomy, electroshock, sensory deprivation, ESP, and drugs experiments in hypnosis, lobotomy, electroshock, sensory deprivation, ESP, drugs and sexual abuse. Ironically, the CIA's first

widespread use of sex came from a program to blackmail United States politicians conducted by Edwin Wilson. The political targets were enticed to live out their sexual fantasies in the flesh. With hidden cameras ready the unsuspecting politician would be filmed, which would later be used to blackmail him into supporting the agency's projects and views. Wilson's skill in these matters dated back to the early 1950s, when he took over a network of homosexual and pedophile rings from CIA asset and McCarthy Committee counsel Roy Cohn. While MK-ULTRA focused primarily on the use of drugs for mind control other CIA projects evolved to use trauma to induce control or the victim's mind such as Project Monarch. Project Monarch officially began in the early 1960s, although unofficially at a much earlier date. Monarch may have evolved out of MK-SEARCH subprojects such as SPELLBINDER, which was a program to create the Manchurian candidate or sleeper assassins that could be activated with code words. MK-ULTRA still remains classified as top secret. Officially, the CIA refuses to acknowledge it. In the aftermath of Watergate, the CIA released voluminous documents under the Freedom of Information act on MK-ULTRA and other projects. Several good books soon followed the release. Perhaps, the closest admission of the program came in an interview of William Colby by Anton Chaitkin of the New Federalist. When directly asked what about MONARCH, Colby angry replied "We stopped that between the late 1960's and the early 1970's." Knowledge of Project MONARCH comes from its victims. The first to surface was Candy Jones, a model with the birth name of Jessica Wilcox. Jones apparently fit the physiological profile as to be one of the initial experiments of MK-ULTRA. Her story was told in the book The Control of Candy Jones.

The most publicized case is the story of Cathy O'Brien told in the book TRANCE Formation of America: The True Life Story of a CIA Slave. O'Brien is the only vocal and recovered survivor. Like many others, Cathy was introduced to the program by her perverted father. Cathy covers an almost unbelievable array of conspiratorial crime: forced prostitution (white slavery) with those in the upper echelons of world politics, covert assignments as a "drug mule" and courier. Another survivor, Paul Bonaci who survived two decades of torture under Project MONARCH has disclosed strong corroborating evidence of wide-scale crimes and corruption from the municipal/state level all the way up to the White House. He has testified about sexually abused males selected from Boy's Town in Nebraska and taken to nearby Offutt AFB. At Offutt, they were subjected to intense MONARCH programming, directed mainly by Commander Bill Plemmons and former Lt. Col. Michael Aquino.

Monarch programming involves traumatizing the victim in order to create multiple personalities in the victim. Sexual molestation and the occult are standard tools for the Monarch programmer. There are several levels of Monarch programming. Alpha is regarded as general programming within the base personality. Beta programming or sexual programming eliminates all learned moral behavior and stimulates the primitive sexual instinct, devoid of inhibitions. Delta is known as killer programming. Subjects are devoid of fear and are very systematic in carrying out their assignment. Self-destruct or suicide instructions are layered in at this level. Other levels of programming generally concern some method of self-destruction or evasion if the victim was

ever captured after completing their assignment. The initial stages of programming usually begin somewhere in the first six years of the victim's life. Due to the trauma induced by electro-shock, sexual abuse and other methods the vicitms' mind splits into alternate personalities to cope with the trauma. Formerly referred to as Multiple Personality Disorder, it is presently recognized as Dissociative Identity Disorder and is the basis for MONARCH programming. Further conditioning of the victim's mind is enhanced through hypnotism, double-bind coercion, pleasure-pain reversals, food, water, sleep and sensory deprivation, and with various drugs.

In order to keep Project ULTRA and its associated projects secret the CIA segmented the research between several universities, hospitals and prisons. The Canadians are still coming to grips with the house of horrors found inside Dr. Cameron's Montreal labs. Cameron's research was sponsored by the CIA. In fact Cameron's involvement may be the best documented case of mind control by the CIA due to the civil suit of Orlikow, et al. v. United States. In 1988, the court ordered the U.S. Justice department to pay the plaintif $750,000. In addition the Canadain goverment was assessed $8 million dollars for damages. Another way of examining this convoluted victimization of body and soul is by looking at it as a complex computer program: A file (alter) is created through trauma, repetition and reinforcement. In order to activate (trigger) the file, a specific access code or password (cue or command) is required.

Carol Rutz's Lecture at Indiana University in November 2003

It was at the age of two that my mind felt the need to create my first personality or alter, as I will refer to them, in order to handle the trauma from the continued abuse by him and other family members. Creating an alter also creates an amnesiac barrier--totally separating these experiences from my conscious recall. Emigrating from Europe and hidden behind Catholicism, my family also brought their occult practices. Before my third birthday the trauma from a Satanic Ritual Cult initiation forced another alter to be created.

From that point on it became standard operating procedure. Disassociation had become a way of life for me to cope with severe and prolonged abuse. I had no control over it. It was my mind's way of allowing me to stay sane when everything around me was totally insane and out of control.

My alters hid a good deal of my past from me until 12 years ago. Most survivors of abuse are deprived of normal human relationships during their childhood. It tends to make us isolate, withdraw, and seek only the company of those we know, not those who will help us see what "Normal" really is. The victim/survivor is called a "slave" by the programmer/handler, who in turn is perceived as "master" or "god." About 75% are female, since they possess a higher tolerance for pain and tend to dissociate easier than males. Subjects are used mainly for cover operations, prostitution and pornography; involvement in the entertainment industry is notable.

A former military officer connected to the DIA, told this writer,

"In the 'big picture' these people [MONARCH victims] are in all walks of life, from the bum on the street to the white-collar guy".

In corroboration, a retired CIA agent vaguely discussed the use of such personnel to be used as "plants" or "chameleons" for the purpose of infiltrating a designated group, gathering information and/or injecting an ulterior agenda.

There are an inordinate amount of alters in the victim/survivor with numerous back-up programs, mirrors and shadows. A division of light-side (good) and dark-side (bad) alters are interwoven in the mind and rotate on an axis. One of the main internal structures, (of which their are many) within the system is shaped like a double-helix, consisting of seven levels. Each system has an internal programmer which oversees the "gatekeeper" (demons?) who grant or deny entry into the different rooms.

A few of the internal images predominately seen by victims/survivors are:

- Trees the Cabalistic "Tree of Life," with adjoining root systems infinity loops ancient symbols and letters spider websmirrors or glass shattering mask castles mazes demons/monsters/alien sea shells butterflies snakes ribbons bows flowers hour glasses clocks robots chain-of-command diagrams schematics of computer circuitry boards

(PSYWAR), or the basic aspects of modern psychological operations (PSYOP), have been known by many other names or terms, including Psy Ops, Political Warfare, "Hearts and Minds," and Propaganda. Various techniques are used, by any set of groups, and aimed to influence a target audience's value systems, belief systems, emotions, motives, reasoning, or behavior.

It is used to induce confessions or reinforce attitudes and behaviors favorable to the originator's objectives, and are sometimes combined with black operations or false flag tactics. Target audiences can be governments, organizations, groups, and individuals. The U.S. Department of Defense defines psychological warfare as: "The planned use of propaganda and other psychological actions having the primary purpose of influencing the opinions, emotions, attitudes, and behavior of hostile foreign groups in such a way as to support the achievement of national objectives."During World War II the United States Joint Chiefs of Staff defined psychological warfare more broadly stating "Psychological warfare employs any weapon to

influence the mind of the enemy. The weapons are psychological only in the effect they produce and not because of the weapons themselves."

ESP - Extrasensory perception is a paranormal activity which enables a person to gather information without the aid of the recognized senses in the human body. ESP is sometimes referred to as the "sixth sense".

Since the human body has five known senses: seeing, feeling, smelling, tasting and hearing, many consider ESP the 'sixth sense'. Nearly half the adults within the United States believe in some form of ESP yet mainstream science does not recognize ESP as credible.

compelling laboratory evidence for it has already been accumulated. The most compelling and repeatable results are all small to moderate statistical results.

Some dispute the positive interpretation of results obtained in scientific studies of ESP, because they are difficult to reproduce reliably, and are small effects.

Parapsychologists have argued that the data from numerous studies show that certain individuals have consistently produced remarkable results while the remainder have constituted a highly significant trend that cannot be dismissed even if the effect is small.

Certain scientists have claimed that ESP does not exist at all and overall science does not recognize ESP as being credible. In fact, mainstream science states that it has basically proven that ESP does not exist by various testing.

Scientists have claimed to use brain scanning techniques to test individuals to see if they could obtain knowledge that could not be explained through normal perceptual processing. In most cases, individuals failed. Science overall has trouble dealing with many forms of the paranormal and tests to find out the truth in many cases from both sides are usually inadequate. Like our ordinary senses it is a form of energy that moves from one point to another Comes from a point or region beyond our physical realmTakes shape from the energy of electrical-magnetic waves A Magical trick which deceives the spectator in believing what they are witnessing is extraordinary powers while in reality it is the sleight of handMentalism is a performing art in which its practitioners, known as mentalists, provide their audiences with a theatrical experience of witnessing or participating in demonstrations that appear to utilize highly developed mental or intuitive ability.Cold reading is a series of techniques used by mentalists, illusionists, fortune tellers, psychics, mediums and con artists to determine or express details about another person, often in order to convince them that the reader knows much more about a subject than they

actually do. Remote Viewing is the ability to gather information about a specified target using paranormal means such as extrasensory perception (ESP) that is unavailable to normal senses due to distance, time or shielding.

Remote Viewing became very popular in the 1990's after the $20 million research program: 'Stargate Project' by the U.S. Federal Government to research this possible power became declassified in 1995.

The project was terminated due to lack of physical evidence according to the CIA which took control of the project in 1995. The project was designed to make ESP, clairvoyance and out-of-body experiments more scientific.

RELIEF SOUGHT:

INJUNCTIVE/NOMINAL RELIEF:

PRELIMINARY INJUNCTIVE RELIEF:

THAT ALL DEFENDANTS BE ORDERED TO ANSWER UNDER OATH TO THE ALLEGATIONS AND NOT BE ALLOWED TO DESTROY ANY EVIDENCE OR RELATED DOCUMENTS.

PLAINTIFF HEREBY REQUESTS THAT AN ORDER TO ALL LOWER COURTS TO DISMISS ALL CHARGES AGAINST PETITIONER AND THAT AN ORDER BE SET IN PLACE PROTECTING PETITIONER FROM FURTHER HARRASSMENT OR PHYSICAL ABUSE BY THE RESPONDANTS. THAT THE DEFENDANTS CHANGE THEIR INVESTIGATION, ARREST, AND PROSECUTION REFERRAL PROCEDURES

AN APOLOGY LETTER FROM ALL DEFENDANTS

MONETARY/PUNATIVE RELIEF:

5,899,000 MILLION DOLLARS AND 22 CENTS

_Amanda Rodriguez_   3/25/2012